No. 73–5826. PORTILLO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–5839. HERNANDEZ *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 73–5977. PFEIFER *v.* UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied.

No. 73–6068. WATSON *v.* DREADIN. Ct. App. D. C. Certiorari denied.

No. 73–6072. ROOTS *v.* CREWS, JUDGE. C. A. 5th Cir. Certiorari denied.

No. 73–6078. CURRY *v.* CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 73–6079. PETE *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 73–6083. SAUNDERS *v.* MICHIGAN DEPARTMENT OF CORRECTIONS ET AL. C. A. 6th Cir. Certiorari denied.

No. 73–6097. DEARING *v.* CALIFORNIA ADULT AUTHORITY ET AL. Sup. Ct. Cal. Certiorari denied.

No. 73–6111. STEWART *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 73–6113. DAY, AKA GRANT *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 73–6118. KEIL *v.* GLOVER, AKA EDGAR. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 73–6163. CLARK *v.* RODRIGUEZ, WARDEN. C. A. 10th Cir. Certiorari denied.